FILED
2011 Apr-07 PM 01:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WARREN HENLEY, | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| vs. | ] | 1:10-CV-0072-LSC |
| | ] | |
| COOSA PINES GOLF CLUB LLC; | ] | |
| COOSA PINES MAINTENANCE, LLC; | ] | |
| and PAT SANFORD, | ] | |
| | ] | |
| Defendants. | ] | |

Order Accepting Report and Recommendation

This court has reviewed the Report and Recommendation of the Honorable T. Michael Putnam, United States Magistrate Judge (Doc. 36), entered the 15th day of February, 2011, pertaining to the following motions: Plaintiff's motion for costs and attorney fees, filed November 24, 2010 (Doc. 30), Plaintiff's motion for sanctions, costs, and entry of default judgment against all Defendants, filed December 3, 2010 (Doc. 31), and Plaintiff's motion for attorney fees, expenses, and costs, filed December 30, 2010 (Doc. 33). No objections have been filed to the Report and Recommendation.

After careful consideration of the record in this case and the Magistrate Judge's report and recommendations, this Court hereby ADOPTS the report of the Magistrate Judge.  The Court further ACCEPTS the recommendations of the Magistrate Judge, and therefore ORDERS the following: default judgment is hereby entered in favor of Plaintiff Warren Henley and against Defendants Coosa Pines Golf, LLC, Coosa Pines Maintenance, LLC, and Pat Sanford, in the amount of SEVENTY-ONE THOUSAND NINE-HUNDRED and THIRTY-SIX DOLLARS ($71,936.00), plus attorney's fees, costs, and expenses which total THIRTY-FIVE THOUSAND FIVE-HUNDRED NINETY and 44/100 DOLLARS ($35,590.44).  Further, all other forms and requests for relief are hereby DENIED and DISMISSED WITH PREJUDICE.

Done this 7th day of April 2011.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671